Case: 3:03-cv-00510-bbc Document #: 121 Filed: 02/18/05 Page 1 of 6

Document Number Case Number
03-C-0510-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
02/18/2005 07:59:22 PM CST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PENNY LEE ANDERSON and
RUSSELL D. ANDERSON, SR.,

      Plaintiffs,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., CSC
CSC CREDIT SERVICES, INC., and
EQUIFAX, INC. d/b/a EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

CASE NO. 03-C-0510-C

JUDGE BARBARA B. CRABB

## AFFIDAVIT OF G. JOHN CENTO, ESQ.

I, G. John Cento, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney of record for Trans Union, LLC ("**Trans Union**") in the above captioned matter and competent to testify to the facts contained herein.

2. At one time, Plaintiffs' counsel, Thomas J. Lyons, Jr. and I we were on opposite sides of four closely related cases including the present case.

3. Mr. Lyons and I agreed that William Stockdale, Trans Union's 30(b)(6) witness on issues of policies and procedures for compliance with the FCRA, would be deposed once, in the <u>McKeown</u> case, for purposes of all four cases.

4. I discussed the agreement with Mr. Lyons again during Plaintiffs' 30(b)(6) deposition of Trans Union employee Eileen Little and Mr. Lyons did not

dispute our stipulation. Deposition of Eileen Little, September 23, 2004, p. 7, l. 21 – p. 8, l. 5, Goolsby Aff., Ex. A.

5. The information which Mr. Stockdale testified to in the McKeown case was not limited in scope to any one particular case, but instead consisted of knowledge on issues applicable to all of the similar cases.

6. On mid-December, without any discussion with counsel for Trans Union, Plaintiffs' served a Notice of Deposition of Mr. Stockdale in this case for early January 2005.

7. I contacted Mr. Lyons via e-mail correspondence, and reminded him of his agreement that Mr. Stockdale's deposition testimony in the McKeown case was to be used in this case as well as in the other cases. I further advised Counsel that neither I nor Mr. Stockdale would be available on the January date because Mr. Stockdale would be offering deposition testimony on other issues in another matter that same day. A true and correct copy of this e-mail correspondence is attached hereto as Exhibit A.

8. On January 10, 2005, again without any discussion with Trans Union counsel, Plaintiffs served a Notice of Deposition of William Stockdale for late February 2005. A true and correct copy of Plaintiffs' e-mail correspondence is attached hereto as Exhibit B.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*s/ G. John Cento*
G. John Cento, Esq.
KATZ & KORIN, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, Indiana 46204-2964
Office: (317) 464-1100
Fax: (317) 464-1111
E-Mail: gjcento@katzkorin.com

*Counsel For Trans Union, LLC*

Dated: February 18, 2005

## G John Cento

**From:** G John Cento
**Sent:** Monday, December 20, 2004 1:45 PM
**To:** 'swolsfeld@lyonslawfirm.com'; Christopher Lane; 'Tommycjc@aol.com'
**Cc:** Lewis Perling; 'Dustin B Rawlin'; 'Girvan, Erik J.'
**Subject:** RE: Anderson: NOD TU's Stockdale

Counsel:

Mr. Stockdale is already scheduled to give another deposition in another matter being handled by my office on January 5th. Therefore, Mr. Stockdale will not be produced on January 5th for deposition in this case. In addition, as we have not yet resolved whether my office will agree to produce Mr. Stockdale, I ask that we discuss that issue before any further attempts are made to schedule this deposition – as I advised you in my December 14th letter. For that reason, I am not providing you with any alternative dates at this time.

I apologize for any inconvenience and look forward to discussing these issues with you. Thank you for your cooperation.

G. John Cento, Esq.
KATZ & KORIN, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100
Direct: (317) 615-4235
Fax: (317) 464-1111
E-Mail: gjcento@katzkorin.com

CONFIDENTIALITY NOTICE: This e-mail is from the law firm of KATZ & KORIN, P.C., and any attachments are for the exclusive and confidential use of the intended recipient. If you have received this message in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential and exempt from disclosure undr applicable law and we do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Sue Wolsfeld [mailto:swolsfeld@lyonslawfirm.com]
**Sent:** Friday, December 17, 2004 1:54 PM
**To:** G John Cento; Christopher Lane
**Cc:** Lewis Perling; 'Dustin B Rawlin'; 'Girvan, Erik J.'
**Subject:** Anderson: NOD TU's Stockdale



EXHIBIT A

Attached and served upon you, please find Plaintiff's 2nd Amended Notice of Taking Deposition of William Stockdale. Hard copy will follow via US Mail.

Please call with any questions.

*Sue Wolsfeld*
*Consumer Justice Center*
*Thomas J. Lyons & Associates*
*342 East County Road D*
*Little Canada, MN 55117*
*Phone: 651-770-9707*
*Fax: 651-770-5830*

## G John Cento

| | |
|---|---|
| From: | Sue Wolsfeld [swolsfeld@lyonslawfirm.com] |
| Sent: | Monday, January 10, 2005 4:16 PM |
| To: | G John Cento; Christopher Lane |
| Cc: | Lewis Perling; 'Girvan, Erik J.' |
| Subject: | Anderson: NOD Stockdale |

Attached and served upon you, please find Plaintiffs' 3rd Amended Notice of taking deposition of William Stockdale. Hard copy will follow via US Mail. (Our calculations tell us that the 60-day stay in Anderson ends February 26, 2005.)   Please call with questions. Sue

*Sue Wolsfeld*
*Consumer Justice Center*
*Thomas J. Lyons & Associates*
*342 East County Road D*
*Little Canada, MN 55117*
*Phone: 651-770-9707*
*Fax: 651-770-5830*



EXHIBIT B

2/17/2005